UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-22962
)
JAMAR L. GEORGE,  )  Chapter: 7
)
)  Honorable Deborah L. Thorne
)
Debtor(s)  )

## ORDER MODIFYING STAY FOR SERVPRO TO CONTINUE STATE COURT LAWSUIT AGAINST DEBTOR IN CONNECTION WITH SERVPRO'S MECHANIC'S LIEN

THIS MATTER COMING ON TO BE HEARD upon the Motion of FFG RESTORATIONS INC., d/b/a SERVPRO OF LAGRANGE PARK/ NORTH RIVERSIDE ("SERVPRO") to Lift the Automatic Stay (the "Motion") in connection with a state court proceeding, Servpro v. George et al., No. 2017 CH 02426 (the "State Court Lawsuit"); due and proper notice having been given; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED:

1. The Motion is granted. The automatic stay is modified and is lifted in connection with the subject property, 10431 Waterford Drive, Westchester, IL 60154. Servpro may take all necessary State Court actions to determine and/or foreclose its interest in the subject property; and

2. This Order shall have immediate effect and the stay provided under Rule 4001 shall not apply.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 12-2-19

**Prepared by:**
Daniel J. Nickel, Of Counsel
Law Office of Zane L. Zielinski, P.C.
6336 North Cicero Av., Suite 201
Chicago, Illinois 60646
Ph: 773-877-3191 / 773-981-4725
E. trustee@zanezielinski.com
E. daniel@nickellawoffice.com

Rev: 20170105_bko